FILED

Apr 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   3:21-cr -00144 SI |
| Plaintiff, | |
| v. | VIOLATION: 18 U.S.C. § 1040(a)(2) – Disaster Relief Fraud |
| ESTER OZKAR, | |
| aka Eser Ozkay | |
| Defendant. | |
| | SAN FRANCISCO |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. § 1040(a)(2) – Disaster Relief Fraud)

On or about March 29, 2020, April 5, 2020, and on April 7, 2020, in the Northern District of California, the defendant

ESTER OSKAR aka Eser Oskay

did knowingly make materially false and fraudulent statements to the Small Business Administration ("SBA") in multiple applications for Economic Injury Disaster Loans or Advances, which are benefits authorized, transported, transmitted, transferred, disbursed and paid in connection with the Presidential Disaster Declaration effective March 13, 2020, said disaster declaration having been made under the

INFORMATION                                              1

Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §5191(b) (2) and said benefit being money of the United States or any department or agency thereof.

DATED: ____April 8, 2021___

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Maya Karwande
MAYA KARWANDE
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [ ] COMPLAINT   [X] INFORMATION   [ ] INDICTMENT   [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1040(a)(2) - Disaster Fraud

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:** Maximum Penalties: 30 years' imprisonment, 3 years' supervised release, $250,000 fine, $100 special assessment

### DEFENDANT - U.S

▶ ESTER OSKAR aka Eser Oskay

**DISTRICT COURT NUMBER**
3:21-cr-00144 SI

**FILED**
Apr 08 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
FBI

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  [ ] U.S. ATTORNEY   [ ] DEFENSE

**SHOW DOCKET NO.**

[ ] this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.**

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form**   Stephanie M. Hinds

[X] U.S. Attorney   [ ] Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   Maya Karwande

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) [X] If not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Federal [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS   [X] NO PROCESS*   [ ] WARRANT    Bail Amount: _____

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: _____   Before Judge: _____

Comments: